AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

William P. Jacobs, III

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV406-208

Al St. Lawrence

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/22/06, adopting the Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing plaintiff's case without prejudice.

| 9/22/06 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*

GAS Rev 10/1/03